1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10
11
12

| | | |
|---|---|---|
| SALVADOR DAVID GEROLAGA, | ) | 1:06-CV-01759 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO SUPPLEMENT PETITION |
| v. | ) | |
| | ) | [Doc. #10] |
| D. ADAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 6, 2006, Petitioner filed a petition for writ of habeas corpus.  After conducting a preliminary review of the petition, on January 10, 2007, the Court issued an order directing Respondent to file a response to the petition.  On February 22, 2007, Petitioner filed a motion to supplement his petition.

### DISCUSSION

Pending before the Court is Petitioner's motion to supplement his petition. It appears Petitioner seeks to add argument with respect to his third ground for relief. In said ground, Petitioner claims he was deprived of his federal constitutional rights to a jury trial and due process when the

1  trial court imposed the upper terms by relying on factors found true neither by a jury nor beyond a

2  reasonable doubt. Petitioner includes a recent decision of the Supreme Court in <u>Cunningham v.</u>

3  <u>California,</u> 549 U.S. ___, 127 S.Ct. 856 (2007).  In his petition, Petitioner noted that certiorari had

4  been granted in the appellate case.

5        Rule 15(d) of the Federal Rules of Civil Procedure provides:

6        Upon motion of a party the court may, upon reasonable notice and upon such terms as are
         just, permit the party to serve a supplemental pleading setting forth transactions or

7        occurrences or events which have happened since the date of the pleading sought to be
         supplemented. Permission may be granted even though the original pleading is defective in

8        its statement of a claim for relief or defense. If the court deems it advisable that the adverse
         party plead to the supplemental pleading, it shall so order, specifying the time therefor.

9
10       Petitioner has shown good cause to supplement the petition and include the additional

11  argument.  Accordingly, Petitioner's motion to supplement the petition is GRANTED and

12  Respondent is DIRECTED to address the additional argument in his response to Petitioner's Ground

13  Three.

14
15  IT IS SO ORDERED.

16  **Dated:    March 5, 2007**                          **/s/ Sandra M. Snyder**
    icido3                                              UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28