UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVADOR DAVID GEROLAGA, | ) | 1:06-CV-01759 SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO SUPPLEMENT THE |
| v. | ) | TRAVERSE |
| | ) | |
| D. ADAMS, Warden, | ) | [Doc. #22] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties have consented to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c).

On April 30, 2007, Petitioner filed a motion to supplement his traverse. It appears Petitioner is under the mistaken belief that this Court will re-sentence him. In support of his motion to supplement, Petitioner has attached numerous laudatory letters and certificates of achievement. However, these documents are not relevant to the petition pending before the Court since they have no bearing on the claims raised. In addition, even if the petition were to be granted, the Court would not re-sentence Petitioner but remand the case to the state courts.

Accordingly, Petitioner's motion to supplement the traverse is DENIED.

IT IS SO ORDERED.

**Dated:   June 8, 2007**                              **/s/ Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE